# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------X
BROADCAST MUSIC, INC.; HARRICK
MUSIC, INC.; EMI VIRGIN SONGS, INC.
d/b/a EMI LONGITUDE MUSIC; STONE
DIAMOND MUSIC CORP.; MICHAEL JOE
JACKSON d/b/a MIJAC MUSIC; ABKCO
MUSIC, INC.; DIMENSIONAL MUSIC
PUBLISHING LLC d/b/a SONGS OF THE
KNOLL; LOWERY MUSIC COMPANY, INC.;
WARNER-TAMERLANE PUBLISHING CORP.;
CAN'T STOP MUSIC, a division of
CAN'T STOP PRODUCTIONS, INC.; JAMES
W. BUFFETT d/b/a CORAL REEFER
MUSIC; FOURTEENTH HOUR MUSIC, INC.;
SPRINGTIME MUSIC, INC.; CHRYSALIS
STANDARDS, INC.; SONY/ATV SONGS LLC
d/b/a SONY/ATV ACUFF ROSE MUSIC;
ROY KELTON ORBISON, JR. d/b/a R-KEY
DARKUS PUBLISHING; ALEXANDER
ORBISION d/b/a ORBI-LEE PUBLISHING;
BARBARA ORBISION AS TRUSTEE d/b/a
BARBARA ORBISION MUSIC COMPANY;
THOMAS J. COUCH, STEWART M. MADISON
and GERALD B. STEPHENSON, a part-
nership d/b/a MUSCLE SHOALS SOUND
PUBLISHING CO., a division of
NORTHSIDE PARTNERS; RONDOR MUSIC
INTERNATIONAL, INC. d/b/a IRVING
MUSIC; FORT KNOX MUSIC, INC.; TRIO
MUSIC CO., INC.; G. LOVE a/k/a
GARRETT DUTTON d/b/a CHICKEN
PLATTERS,

                Plaintiffs,     CIVIL ACTION NO.:

    v.

FILED
SCRANTON
MAR 2 8 2008
PER _____
DEPUTY CLERK

```
ITS AMORE CORP. and T&M DRAM CORP. )
both d/b/a AMORE ITALIAN RISTORANTE )
and ALEXANDER J. TARAPCHAK and      )
VINCE MARINARO, each individually,  )
                                    )
                    Defendants.     )
                                    )
------------------------------------X
```

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 6.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit.

2

All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Defendant Its Amore Corp. is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, which operates, maintains and controls an establishment known as Amore Italian Ristorante, located at 223 Northern Blvd., South Abington Township, Pennsylvania 18411, in this district (the "Establishment").

6. In connection with the operation of this business, Defendant Its Amore Corp. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

7. Defendant Its Amore Corp. has a direct financial interest in the Establishment.

8. Defendant T&M Dram Corp. is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, which operates, maintains and controls the Establishment.

9. In connection with the operation of this business, Defendant T&M Dram Corp. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

10. Defendant T&M Dram Corp. has a direct financial interest in the Establishment.

11. Defendants Its Amore Corp. and T&M Dram Corp. shall be collectively called the "Defendant Corporations".

12. Defendant Alexander Tarapchak is an officer of Defendant Corporations with responsibility for the operation and management of the corporations and the Establishment.

13. Defendant Alexander Tarapchak has the right and ability to supervise the activities of Defendant Corporations and a direct financial interest in the corporations and the Establishment.

14. Defendant Vince Marinaro is an officer of Defendant Corporations with responsibility for the operation and management of the corporations and the Establishment.

15. Defendant Vince Marinaro has the right and ability to supervise the activities of Defendant Corporations and a direct financial interest in the corporations and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

16. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 15.

17. Plaintiffs allege twenty-three (23) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

18. Annexed as the Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the twenty-three (23) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim

number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the location of the Establishment where the infringement occurred.

19. Each of the musical compositions identified on the Schedule, Line 2, were created by the persons named on Line 3 (all references to Lines are lines on the Schedule).

20. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

21. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

22. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed at the Establishment without a license or

permission to do so. Thus, Defendants have committed copyright infringement.

23. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

|  |  |
|---|---|
|  | CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD. |
| March 27, 2008 | By _____<br>Stanley H. Cohen (I.D. No. 12095)<br>11th Floor, Seven Penn Center<br>1635 Market Street<br>Philadelphia, PA 19103-2212<br>Telephone: 215-567-2010<br>Facsimile: 212-751-1142<br>e-mail: scohen@crbcp.com |

Attorney for Plaintiffs

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | (Shake, Shake, Shake) Shake Your Booty |
| Line 3 | Writer(s) | Harry Wayne Casey |
| Line 4 | Publisher Plaintiff(s) | Harrick Music, Inc.; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/7/76    10/8/76 |
| Line 6 | Registration No(s). | Eu 684468  Ep 359373 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Ain't Too Proud To Beg |
| Line 3 | Writer(s) | Eddie Holland, Norman Whitfield |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 5/9/66 |
| Line 6 | Registration No(s). | Ep 216556 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Beat It |
| Line 3 | Writer(s) | Michael Joe Jackson |
| Line 4 | Publisher Plaintiff(s) | Michael Joe Jackson, an individual d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 11/16/82   12/27/82 |
| Line 6 | Registration No(s). | PAu 456-334   PA 158-771 |
| Line 7 | Date(s) of Infringement | 10/7/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Billie Jean |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | Michael Joe Jackson, an individual d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 12/27/82 |
| Line 6 | Registration No(s). | PA 158-772 |
| Line 7 | Date(s) of Infringement | 10/7/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Brown Sugar |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 2/23/71   8/9/71 |
| Line 6 | Registration No(s). | Eu 235987   Ep 289673 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Disco Inferno |
| Line 3 | Writer(s) | Leroy Green; Ron Kersey |
| Line 4 | Publisher Plaintiff(s) | Dimensional Music Publishing LLC d/b/a Songs of the Knoll |
| Line 5 | Date(s) of Registration | 2/2/77   3/1/78 |
| Line 6 | Registration No(s). | Eu 752757   PA 853 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Get Down Tonight |
| Line 3 | Writer(s) | Harry W. Casey |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/12/75   6/21/76 |
| Line 6 | Registration No(s). | Eu 591389   Ep 354211 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | I Can't Help Myself a/k/a Sugar Pie, Honey Bunch |
| Line 3 | Writer(s) | Brian Holland; Lamont Dozier; Eddie Holland |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 4/22/65 |
| Line 6 | Registration No(s). | Ep 201377 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | I Love The Nightlife AKA Disco Round |
| Line 3 | Writer(s) | Alicia Bridges; Susan Hutcheson |
| Line 4 | Publisher Plaintiff(s) | Lowery Music Company, Inc. |
| Line 5 | Date(s) of Registration | 7/14/77   5/8/78   5/3/79 |
| Line 6 | Registration No(s). | Eu 802712   PAu 24-500   PA 31-856 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Long Train Runnin' |
| Line 3 | Writer(s) | Tom Johnston |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 5/14/73 |
| Line 6 | Registration No(s). | Ep 311574 |
| Line 7 | Date(s) of Infringement | 10/7/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Macho Man |
| Line 3 | Writer(s) | Jacques Morali; Henri Belolo; Peter Whitehead; Victor Willis |
| Line 4 | Publisher Plaintiff(s) | Can't Stop Music, A Division of Can't Stop Productions, Inc. |
| Line 5 | Date(s) of Registration | 6/30/78   1/26/79 |
| Line 6 | Registration No(s). | PA 9-805   PA 23-809 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Margaritaville |
| Line 3 | Writer(s) | James William Buffett a/k/a Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | James W. Buffett, an individual d/b/a Coral Reefer Music |
| Line 5 | Date(s) of Registration | 2/14/77    2/22/80 |
| Line 6 | Registration No(s). | Eu 763463    PA 59-700 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | Mustang Sally |
| Line 3 | Writer(s) | Bonny Rice |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. |
| Line 5 | Date(s) of Registration | 4/27/93    3/22/65 |
| Line 6 | Registration No(s). | RE 627-422    Eu 873659 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | My Way |
| Line 3 | Writer(s) | Paul Anka; J. Revaux; C. Francois; Gillis Thibault |
| Line 4 | Publisher Plaintiff(s) | Chrysalis Standards, Inc. |
| Line 5 | Date(s) of Registration | 3/17/69    3/25/74    11/11/76 |
| Line 6 | Registration No(s). | Eu 105025    Ep 322879    Ep 367590 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| Line 1 | Claim No. | 15 |
|---|---|---|
| Line 2 | Musical Composition | Oh, Pretty Woman a/k/a Pretty Woman |
| Line 3 | Writer(s) | Roy Orbison; Bill Dees |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music; Roy Kelton Orbison, Jr. d/b/a R-Key Darkus Publishing; Alexander Orbison d/b/a Orbi-Lee Publishing; Barbara Orbison as Trustee d/b/a Barbara Orbison Music Company |
| Line 5 | Date(s) of Registration | 1/13/92   8/28/64 |
| Line 6 | Registration No(s). | RE 569-701  Ep 191739 |
| Line 7 | Date(s) of Infringement | 10/7/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| Line 1 | Claim No. | 16 |
|---|---|---|
| Line 2 | Musical Composition | Old Time Rock And Roll a/k/a Old Time Rock 'N Roll |
| Line 3 | Writer(s) | George Jackson; Thomas E. Jones, III |
| Line 4 | Publisher Plaintiff(s) | Thomas J. Couch, Stewart M. Madison and Gerald B. Stephenson, a partnership d/b/a Muscle Shoals Sound Publishing Co., a division of Northside Partners |
| Line 5 | Date(s) of Registration | 11/11/77 |
| Line 6 | Registration No(s). | Ep 375950 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 17 | |
| Line 2 | Musical Composition | Peppermint Twist | |
| Line 3 | Writer(s) | Joey Dee; Henry Glover | |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. dba EMI Longitude Music | |
| Line 5 | Date(s) of Registration | 2/14/89<br>10/26/61 | 2/14/89<br>11/20/61 |
| Line 6 | Registration No(s). | RE 428-002<br>Eu 692812 | RE 428-085<br>Ep 157741 |
| Line 7 | Date(s) of Infringement | 10/6/07 | |
| Line 8 | Place of Infringement | Amore Italian Ristorante | |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 18 | |
| Line 2 | Musical Composition | Respect | |
| Line 3 | Writer(s) | Otis Redding | |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music | |
| Line 5 | Date(s) of Registration | 1/4/93 | |
| Line 6 | Registration No(s). | RE 608-238 | |
| Line 7 | Date(s) of Infringement | 10/7/07 | |
| Line 8 | Place of Infringement | Amore Italian Ristorante | |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 19 | |
| Line 2 | Musical Composition | Then You Can Tell Me Goodbye | |
| Line 3 | Writer(s) | John D. Loudermilk | |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music | |
| Line 5 | Date(s) of Registration | 2/13/90 | 1/22/62 |
| Line 6 | Registration No(s). | RE 469-035 | Ep 159921 |
| Line 7 | Date(s) of Infringement | 10/6/07 | |
| Line 8 | Place of Infringement | Amore Italian Ristorante | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 20 |
| Line 2 | Musical Composition | This Old Heart Of Mine (Is Weak For You) aka This Old Heart Of Mine |
| Line 3 | Writer(s) | Brian Holland; Lamont Dozier; Eddie Holland; Sylvia Moy |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 1/6/66 |
| Line 6 | Registration No(s). | Ep 212086 |
| Line 7 | Date(s) of Infringement | 10/6/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 21 | |
| Line 2 | Musical Composition | Twist AKA The Twist | |
| Line 3 | Writer(s) | Hank Ballard | |
| Line 4 | Publisher Plaintiff(s) | Fort Knox Music, Inc.; Trio Music Co., Inc. | |
| Line 5 | Date(s) of Registration | 1/8/87 | 6/5/87 |
| Line 6 | Registration No(s). | RE 320-234 | RE 344-602 |
| Line 7 | Date(s) of Infringement | 10/6/07 | |
| Line 8 | Place of Infringement | Amore Italian Ristorante | |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 22 | |
| Line 2 | Musical Composition | Love Is Like A Heat Wave a/k/a Heat Wave | |
| Line 3 | Writer(s) | Eddie Holland, Brian Holland, Lamont Dozier | |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. | |
| Line 5 | Date(s) of Registration | 6/25/91 | 7/12/63 |
| Line 6 | Registration No(s). | RE 535 914 | Eu 779791 |
| Line 7 | Date(s) of Infringement | 10/6/07 | |
| Line 8 | Place of Infringement | Amore Italian Ristorante | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 23 |
| Line 2 | Musical Composition | Booty Call |
| Line 3 | Writer(s) | Garrett Dutton |
| Line 4 | Publisher Plaintiff(s) | G. Love a/k/a Garrett Dutton, an individual d/b/a Chicken Platters |
| Line 5 | Date(s) of Registration | 10/22/04 |
| Line 6 | Registration No(s). | PA 1-248-753 |
| Line 7 | Date(s) of Infringement | 10/7/07 |
| Line 8 | Place of Infringement | Amore Italian Ristorante |



LAW OFFICES
# CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.
PATENTS, TRADEMARKS, COPYRIGHTS

| ALAN H. BERNSTEIN | SCOTT M. SLOMOWITZ* | MICHAEL J. CORNELISON | DOUGLAS PANZER* | A.D. CAESAR (1901-1995) |
| STANLEY H. COHEN | MONA GUPTA | BRUCE J. CHASAN | | CHARLES RIVISE (1900-1951) |
| MANNY D. POKOTILOW | DAVID M. TENER | MARINA E. VOLIN* | TECHNICAL ADVISOR | |
| BARRY A. STEIN | SALVATORE R. GUERRIERO* | MARC B. BASSLER | THOMAS J. CLARE | OF COUNSEL |
| MARTIN L. FAIGUS | JAMES J. KOZUCH | WILLIAM C. YOUNGBLOOD* | | ALLAN H. FRIED, PH.D. |
| ERIC S. MARZLUF | WILLIAM J. CASTILLO*† | DAVID B. GORNISH* | | |
| ROBERT S. SILVER | FRANK M. LINGUITI | NICHOLAS M. TINARI, JR.* | | * ALSO ADMITTED TO PRACTICE IN NJ |
| MICHAEL J. BERKOWITZ | GARY A. GREENE | JOSEPH F. MURPHY, PH.D. | | † ALSO ADMITTED TO PRACTICE IN NY |

March 27, 2008

Mary D'Andrea, Clerk
United States District Court
For The Middle District of Pennsylvania
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501

   Re: Broadcast Music, Inc., et al.
      v.
    Its Amore Corp. and T&M Dram Corp. both d/b/a
    Amore Italian Ristorante and Alexander J. Tarapchak
    and Vince Marinaro, each individually

    Civil Action No. _____

Dear Ms. D'Andrea:

  I enclose the following re the above entitled civil action:

(1) Eight copies (the original and seven copies) of the Complaint.

(2) Our check in the amount of $350.00, made payable to Clerk, U.S. District Court, and constituting the filing fee.

(3) A Civil Cover Sheet.

(4) A Disclosure Statement Form.

  If everything is in order, I would appreciate the return of five copies of the Complaint and four copies of the Summons for service on each of the Defendants.

  I also enclose a computer disc which contains a copy of the Complaint and Disclosure Statement Form.

March 27, 2008
Mary D'Andrea, Clerk
United States District Court
For The Middle District of Pennsylvania
Page - 2 -

                          Respectfully yours,

                          CAESAR, RIVISE, BERNSTEIN,
                          COHEN & POKOTILOW, LTD.

SHC:er                       By _____
encs.                             Stanley H. Cohen

**SENT VIA FEDERAL EXPRESS**

```
Court Name: Pennsylvania Middle
Division: 3
Receipt Number: 333005563
Cashier ID: gangeli
Transaction Date: 03/28/2008
Payer Name: CAESER RIVISE BERNSTEIN
-----------------------------------
CIVIL FILING FEE
 For: CAESER RIVISE BERNSTEIN
 Case/Party: D-PAM-3-08-CV-000570-001
 Amount:         $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 25230
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

BROADCAST MUSIC, INC., ET.AL VS ITS
AMORE CORPORATION, ET.AL


Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $45.00 fee will be
charged for returned checks.
```